**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID BOCHENEK, ON BEHALF OF PLAINTIFF AND A CLASS | ) ) | |
| Plaintiff, | ) ) | |
| | ) | Case No.:   13-cv-7394 |
| v. | ) ) | |
| | ) | The Honorable Robert W. Gettleman |
| BEAUTE EMERGENTE, LLC D/B/A MCADOO COSMETIC SURGERY, *ET AL.*, | ) ) ) | |
| Defendants. | ) | |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.2 DISCLOSURE

In accordance with Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant Beaute Emergente, LLC d/b/a McAdoo Cosmetic Surgery ("Defendant") states that it is a limited liability company organized under the laws of Illinois. The sole member of Defendant is James S. McAdoo. Defendant has no parent, affiliate, or subsidiary that is publicly held.

> Respectfully submitted,
> BEAUTE EMERGENTE, LLC D/B/A
> MCADOO COSMETIC SURGERY
>
> By:    /s/  Anthony M. Sciara
>        One of Its Attorneys

James A. Shapiro (6191687)
Anthony M. Sciara (6290715)
ROBINSON SHAPIRO & SCHWARTZ, LLC
208 South LaSalle Street
Suite 1750
Chicago, Illinois 60604
312-985-9395
jshapiro@rss-lawyers.com
asciara@rss-lawyers.com