UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID BOCHENEK, ON BEHALF OF PLAINTIFF AND A CLASS<br>　　Plaintiff,<br><br>　　v.<br><br>BEAUTE EMERGENTE, LLC D/B/A MCADOO COSMETIC SURGERY, *ET AL.*,<br>　　Defendants. | Case No.: 13-cv-7394<br><br>The Honorable Robert W. Gettleman |

## NOTICE OF FILING

Please take notice that, on December 12, 2013, Defendant BEAUTE EMERGENTE, LLC D/B/A MCADOO COSMETIC SURGERY filed a Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 Disclosure with the Clerk of the United States District Court for the Northern District of Illinois.

　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　BEAUTE EMERGENTE, LLC D/B/A
　　　　　　　　　　　　　　MCADOO COSMETIC SURGERY

　　　　　　　　　　By:　/s/　Anthony M. Sciara
　　　　　　　　　　　　　One of Its Attorneys


James A. Shapiro (6191687)
Anthony M. Sciara (6290715)
ROBINSON SHAPIRO & SCHWARTZ, LLC
208 South LaSalle Street
Suite 1750
Chicago, Illinois 60604
312-985-9395
jshapiro@rss-lawyers.com
asciara@rss-lawyers.com

## **CERTIFICATE OF SERVICE**

    I, Anthony M. Sciara, an attorney, hereby certify that on December 12, 2013, I caused a true and accurate copy of a <u>Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 Disclosure</u> to be served upon the following counsel of record via the United States District Court for the Northern District of Illinois, Eastern Division's, electronic filing system:

| | |
|---|---|
| Cathleen M. Combs<br>ccombs@edcombs.com | Bart Thomas Murphy<br>bart.murphy@icemiller.com |
| Daniel Edelman<br>dedelman@edcombs.com | Issac J. Colunga<br>issac.colunga@icemiller.com |
| Dulijaza Clark<br>jclark@edcombs.com | Thomas J. Hayes<br>thomas.hayes@icemiller.com |
| James O. Latturner<br>jlatturner@edcombs.com | |
| Sharon Goot Nissim<br>snissim@edcombs.com | |

                                                              <u>/s/Anthony M. Sciara</u>