**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DAVID BOCHENEK, ON BEHALF OF PLAINTIFF  )
AND A CLASS                              )
      Plaintiff,                    )
                        )    Case No.:    13-cv-7394
     v.                           )
                        )    The Honorable Robert W. Gettleman
BEAUTE EMERGENTE, LLC D/B/A MCADOO       )
COSMETIC SURGERY, *ET AL.*,              )
      Defendants.                  )

**NOTICE OF MOTION**

TO:   <u>Via Email</u>
       Daniel Edelman (dedelman@edcombs.com)
       Cathleen M. Combs (ccombs@edcombs.com)
       James O. Latturner (jlatturner@edcombs.com)
       Rebecca A. Cohen (rcohen@edcombs.com)
       Dulijaza Clark  (jclark@edcombs.com)
       Edelman, Combs, Latturner & Goodwin
       120 South LaSalle Street
       Suite 1800
       Chicago, Illinois 60603

       <u>Via U.S. Mail and Email</u>
       Barbara L. Yong
       Golan & Christie
       70 West Madison Street
       Suite 1500
       Chicago, Illinois 60602
       blyong@golanchristie.com

<u>Via U.S. Mail and Email</u>
Beaute Emergente, LLC d/b/a
McAdoo Cosmetic Surgery
c/o James McAdoo
3065 North Perryville Road
Suite 141
Rockford, Illinois 61114
jamesmcadoo@gmail.com

Please take notice that, on the 5th day of March 2014, at 9:15 a.m., we shall appear before The Honorable Robert W. Gettleman, or any judge sitting in his stead, in the courtroom usually occupied by him at 219 South Dearborn, Courtroom 1703, Chicago, Illinois; and shall then and there present our <u>Motion to Withdraw as Counsel of Record</u>.

Respectfully submitted,
ANTHONY M. SCIARA
JAMES A. SHAPIRO, AND
ROBINSON SHAPIRO & SCHWARTZ, LLC

By:     /s/Anthony M. Sciara
        Anthony M. Sciara

By:     /s/James A. Shapiro
        James A. Shapiro

James A. Shapiro (6191687)
Anthony M. Sciara (6290715)
ROBINSON SHAPIRO & SCHWARTZ, LLC
208 South LaSalle Street
Suite 1750
Chicago, Illinois 60604
312-985-9395
jshapiro@rss-lawyers.com
asciara@rss-lawyers.com

## CERTIFICATE OF SERVICE

I, Anthony M. Sciara, an attorney, hereby certify that on February 27, 2014, I caused a true and accurate copy of a Motion to Withdraw as Counsel of Record to be served upon the following plaintiff's counsel of record, client's bankruptcy counsel, and client via the United States District Court for the Northern District of Illinois, Eastern Division's, filing system; electronic mail, and the United States mail:

Via Email
Daniel Edelman (dedelman@edcombs.com)
Cathleen M. Combs (ccombs@edcombs.com)
James O. Latturner (jlatturner@edcombs.com)
Rebecca A. Cohen (rcohen@edcombs.com)
Dulijaza Clark  (jclark@edcombs.com)


Via U.S. Mail and Email
Barbara L. Yong
Golan & Christie
70 West Madison Street
Suite 1500
Chicago, Illinois 60602
blyong@golanchristie.com

Via U.S. Mail and Email
Beaute Emergente, LLC d/b/a
McAdoo Cosmetic Surgery
c/o James McAdoo
3065 North Perryville Road
Suite 141
Rockford, Illinois 61114
jamesmcadoo@gmail.com

/s/Anthony M. Sciara