IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| David Bochenek | ) | Case No: **13 C 7394** |
| | ) | |
| v. | ) | |
| | ) | Judge: ROBERT W. GETTLEMAN |
| | ) | |
| Beaute Emergente | ) | |
| | ) | |

## **ORDER**

Status hearing held. Motion [36] of Anthony Sciara and James Shapiro to withdraw as counsel for defendants is granted. Status hearing continued to 4/8/2014, at 9:00 a.m.

(00:10)

Date: March 5, 2014

*Robert W. Gettleman*

ROBERT W. GETTLEMAN