**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

David Bochenek

                        Plaintiff,

v.                                                  Case No.: 1:13–cv–07394

Beaute Emergente, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 22,2015:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 7/22/2015. Plaintiff's motion [55] to decertify class and dismiss this case without prejudice is granted. Civil case terminated. Mailed notice (gds)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.